UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| APRIL M. BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, et. al.,<br><br>　　　　　Defendants. | Case No. CV 22-6249-ODW(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records herein, and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　**IT IS ORDERED** that (1) Defendants' motion to dismiss is granted, as follows: all claims not arising under Section 405(g) are dismissed with prejudice, and all claims arising under Section 405(g) are dismissed without prejudice to refiling upon a final

decision by the Commissioner; and (2) Judgment shall be entered consistent with this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 1, 2022

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE