**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| APRIL M. BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, et. al.,<br><br>        Defendants. | Case No. CV 22-6249-ODW(AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Defendants. All claims not arising under Section 405(g) are dismissed with prejudice, and all claims arising under Section 405(g) are dismissed without prejudice.

DATED: December 1, 2022

                                                          _____
                                                          OTIS D. WRIGHT
                                          UNITED STATES DISTRICT JUDGE